**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                                   **PLAINTIFF**

**v.**                                       **No. 3:26-cv-102-DPM**

**ST. VINCENT DE PAUL—CARDINAL
MANNING CENTER**                                                       **DEFENDANT**

**ORDER**

1.      Application to proceed *in forma pauperis*, *Doc. 1*, is granted. Greene reports living on government assistance and no savings.

2.      The Court must screen the complaint. 28 U.S.C. § 1915(e)(2). The Southern District of Iowa earlier ruled that it wasn't the proper venue for Greene's claims. It dismissed the complaint rather than permitting transfer to another venue. *Doc. 3*, *Greene v. St. Vincent De Paul — Cardinal Manning Center*, No. 4:25-cv-352-RGE-SBJ (S.D. Iowa 6 January 2026). In his current complaint, Greene challenges that dismissal and asks the Court to permit transfer here. *Doc. 2 at 5-6*.

3.      This Court cannot undo the outcome of Greene's case in the Southern District of Iowa; and it cannot provide the "transfer relief" he requests. 28 U.S.C. § 1406(a). The Court will therefore dismiss his complaint without prejudice. 28 U.S.C. § 1915(e)(2)(b).

So Ordered.

_DP Marshall Jr._

D.P. Marshall Jr.
United States District Judge

14 April 2026