**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**CEDRIC GREENE**                                                            **PLAINTIFF**

**v.**                                      **No. 3:26-cv-102-DPM**

**ST. VINCENT DE PAUL—CARDINAL
MANNING CENTER**                                                   **DEFENDANT**

**JUDGMENT**

Greene's complaint is dismissed without prejudice.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

14 April 2026